FILED
07 NOV 20 PM 3:49
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '07 CR 3164 LAB |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Secs. 751(a) and 4082(a) - Escape |
| ANTHONY DAVID CORREA, | |
| Defendant. | |

The grand jury charges:

On or about October 30, 2007, within the Southern District of California, defendant ANTHONY DAVID CORREA did escape from an institution and facility in which he was confined by direction of the Attorney General, to wit, Correctional Alternatives, Inc., a federally contracted facility in San Diego, California, said custody and confinement being by virtue of a felony conviction for bringing in illegal aliens without presentation, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii); all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

DATED: November 20, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:nlv:San Diego
11/19/07