AO 442

*1/22/74 8*

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

*92848 -148*

*9/20/86*

UNITED STATES OF AMERICA
V.
Anthony David Correa

WARRANT FOR ARREST

CASE NUMBER:   07cr3164 LAB

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Anthony David Correa_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[x] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

18:751(a) and 4082(a) - Escape

DATE 12/22/07
ARRESTED BY *USM's Peters & [illegible]*
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY *Edna Roger*

RECEIVED 2007 NOV 21 A 11:22 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

In violation of Title _____See Above_____ United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ J. Jocson | 11/20/07   San Diego, California |
| Signature of Deputy | Date and Location |

Bail fixed at $ _____No-Bail_____ by _____The Honorable Jan M. Adler_____

Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

*Class I*    *Davis*    *Escape 4901*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>V.<br><br>Anthony Correa | Magistrate's Case No. '07 MJ 2579 |
| WARRANT ISSUED ON THE BASIS OF:<br>___ Failure to Appear  ___ Order of Court<br>___ Indictment           ___ Information<br>_x_ Complaint | WARRANT FOR ARREST |
| TO:<br><br>ANY U.S. MARSHAL OR OTHER<br>AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE<br>ARRESTED: Anthony Correa<br>2727 Boston Avenue<br>San Diego, CA 92113 |
| DISTRICT OF ARREST: Souther California | CITY OF ARREST: San Diego, California |

YOU ARE HEREBY COMMANDED to arrest the above-named person and
bring that person before the United States District Court to answer to
the charge(s) listed below.

### DESCRIPTION OF CHARGES

DATE 12/22/07
ARRESTED BY DUSM'b Peters & Burt

STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18 | SECTION<br>751(a) |
|---|---|---|
| BAIL No Bail | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | | DATE ORDERED<br>11/1/07 |
| CLERK OF COURT/U.S. MAGISTRATE BY | | DATE ISSUED<br>11/1/07 |
| | RETURN | |

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER SIGNATURE |
|---|---|
| DATE EXECUTED | |