UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 07-3164-LAB |
|---|---|
| Plaintiff, | ) PROOF OF SERVICE BY E-MAIL |
| vs. | ) |
| DAVID CORREA, | ) |
| Defendant. | ) |

I, the undersigned, declare as follows:

I am employed in the County of San Diego, over eighteen years of age and not a party to the within action. My business address is 401 West "A" Street, Suite 2600, San Diego, CA, 92101.

On January 10, 2008, I served a copy of the Discovery Motion to the interested parties in the within by e-mail via Electronic Case Filing (ECF) to the office of:

Carlos Arguello
Assistant United States Attorney
880 Front Street, Room 6293
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on January 10, 2008 at 401 West "A" Street, Suite 2600, San Diego, CA, 92101.

/s/ Michael S. Berg
MICHAEL S. BERG
Msberg@attglobal.net