```
 1  KAREN P. HEWITT
    United States Attorney
 2  CARLOS ARGUELLO
    Assistant U.S. Attorney
 3  California State Bar No. 157162
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California  92101-8800
 5  Telephone: (619) 557-6252
    Facsimile: (619) 235-2757
 6
    Attorneys for Plaintiff
 7  United States of America
 8
                    UNITED STATES DISTRICT COURT
 9
                   SOUTHERN DISTRICT OF CALIFORNIA
10
    UNITED STATES OF AMERICA,     )  Criminal Case No. 07cr3164LAB
11                                )
                    Plaintiff,    )  DATE: February 4, 2008
12                                )  TIME: 9:30 a.m.
         v.                       )
13                                )  GOVERNMENT'S RESPONSE AND
                                  )  OPPOSITION TO DEFENDANT'S
14  ANTHONY DAVID CORREA,         )  MOTIONS TO:
                                  )
15                  Defendant.    )  (1)  COMPEL DISCOVERY AND
                                  )  (2)  FILE ADDITIONAL MOTIONS.
16                                )
                                  )  TOGETHER WITH STATEMENT OF
17                                )  FACTS, MEMORANDUM OF POINTS
                                  )  AND AUTHORITIES AND
18                                )  GOVERNMENT'S MOTION FOR
                                  )  RECIPROCAL DISCOVERY
19  _____  )
```

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Carlos Arguello, Assistant United States Attorney, and hereby files its response and opposition to Defendant's above-referenced motions. This response is based upon the files and records of this case, together with the attached statement of facts, memorandum of points and authorities and the Government's motion for reciprocal discovery.

I.

**CURRENT CASE STATUS**

Counsel for Defendant, Mr. Michael Berg, and the Government have reached a preliminary agreement on the resolution of this case. However, the parties do not expect that Defendant will have pled guilty in this case before the motion hearing date set for February 4, 2008. As a result, the Government anticipates that the parties will request a trial date at the motion hearing. In the meantime, Mr. Berg's client will plead guilty before a Magistrate Judge if a disposition is reached.

II.

**STATEMENT OF FACTS**

On July 14, 2005, District Court Judge John A. Houston sentenced Anthony David Correa ("Defendant") to 120 days in a community corrections center and four years' probation. The sentence was for a felony alien smuggling case to which Defendant pled guilty in case number 04cr2803JAH.

Later, on March 24, 2006, Judge Houston revoked Defendant's probation on that same case and sentenced Defendant to 90 days' custody and three years' supervised release. Thereafter, on February 15, 2007, Judge Houston revoked Defendant's supervised release and sentenced him to nine months' custody and imposed twenty-seven (27) months' supervised release. The following took place that became the basis for the escape charge in the instant matter:

October 10, 2007:   After serving the majority of his nine-month sentence in custody, Defendant is placed in a community corrections center

|   |   |
|---|---|
|   | in San Diego. His expected release date is November 2, 2007. |
| October 30, 2007: | Defendant walks-away from the facility and is placed on escape status after failing to return. |
| November 20, 2007: | A grand jury returns an indictment charging Defendant with escape. (Defendant is arrested in late December 2007.) |

Defendant now remains in custody following his stipulation to detention.

### III.

### POINTS AND AUTHORITIES

**A.  DISCOVERY**

The Government has produced approximately twenty (20) pages of discovery. Additional discovery will be produced as it is available. At this time, the Government is awaiting further U.S. Marshall's reports, and documents from Defendant's prior convictions, which will be provided to Defendant once they have been received. The discovery produced is in excess of that required by Rule 16 of the Federal Rules of Criminal Procedure and the Jencks Act (now covered by Rule 26.2 of the Federal Rules of Criminal Procedure). As to the physical evidence, the Government will make it available for viewing by defense counsel at a mutually convenient time and place.

As to exculpatory information, the Government is well aware of its obligation under Brady v. Maryland, 373 U.S. 83 (1963) and will comply.

1   The Government will provide a list of witnesses in its trial memorandum. The grand jury transcript of any person who will testify at trial will also be produced.

The Government has provided and will continue to provide information within its possession or control pertaining to the prior criminal history of the Defendants. Evidence of other acts or crimes by the Defendants similar to this escape incident will be provided once the information is received. The Government intends to seek permission to introduce this evidence under Federal Rule of Evidence 404(b) at trial. The Government also intends to seek permission to impeach Defendant with his felony conviction under Federal Rule of Evidence 609(a)(1) if he testifies at trial.

The Government will produce the reports of any experts that it intends to use in its case-in-chief at trial or are material to the preparation of the defense.

In view of the above-stated position of the Government concerning discovery, it is respectfully requested that no orders compelling specific discovery by the Government be made at this time. The Government also respectfully requests reciprocal discovery of the Defendants. If and when individual problems arise which cannot be resolved between counsel for Defendants and the Government, the matters can be submitted to the Court for decision.

**B. REQUEST TO FILE FURTHER MOTIONS**

The Government does not oppose Defendant's request to file further motions if based on newly obtained discovery.

///

## IV.

**GOVERNMENT'S MOTION FOR RECIPROCAL DISCOVERY**

The Government hereby requests Defendants to deliver all materials to which the Government may be entitled under Federal Rules of Criminal Procedure 16(b) and 26.2.

## V.

**CONCLUSION**

For the foregoing reasons, the Government respectfully requests that Defendant's motions be denied where opposed and that the Government's motion for reciprocal discovery be granted.

DATED: January 28, 2008.

                                          Respectfully submitted,

                                          KAREN P. HEWITT
                                          United States Attorney

                                            s/Carlos Arguello

                                            CARLOS ARGUELLO
                                            Assistant U.S. Attorney